**DISMISS and Opinion Filed July 12, 2018**



**In The**

**Court of Appeals**

**Fifth District of Texas at Dallas**

**No. 05-18-00788-CV**

**CITYLINE REGENCY, LLC AND BCS EAST LAND INVESTMENTS, LP, Appellants**

**V.**

**COLLIN CENTRAL APPRAISAL DISTRICT, Appellee**

**On Appeal from the 416th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 416-02974-2015**

# MEMORANDUM OPINION

Before Chief Justice Wright, Justice Evans, and Justice Brown
Opinion by Chief Justice Wright

Before the Court is appellants' motion to withdraw the appeal. Appellants inform the Court

that they no longer wish to pursue this appeal. Accordingly, we grant the motion and dismiss the

appeal. *See* TEX. R. APP. P. 42.1(a)(1).

/Carolyn Wright/
CAROLYN WRIGHT
CHIEF JUSTICE

180788F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

CITYLINE REGENCY, LLC AND
BCS EAST LAND INVESTMENTS, LP,
Appellants

No. 05-18-00788-CV          V.

COLLIN CENTRAL APPRAISAL
DISTRICT, Appellee

On Appeal from the 416th Judicial District
Court, Collin County, Texas
Trial Court Cause No. 416-02974-2015.
Opinion delivered by Chief Justice Wright.
Justices Evans and Brown participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

It is **ORDERED** that appellee COLLIN CENTRAL APPRAISAL DISTRICT recover its costs of this appeal from appellants CITYLINE REGENCY, LLC AND BCS EAST LAND INVESTMENTS, LP.

Judgment entered July 12, 2018.